Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16–17442–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ralph F Walters
   301 Salem Avenue
   Bellmawr, NJ 08031

Social Security No.:
   xxx–xx–1090

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/19/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 19, 2017
JAN: cmf

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                            Case No. 16-17442-JNP
Ralph F Walters                                                                   Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin               Page 1 of 2              Date Rcvd: Jan 19, 2017
                              Form ID: 148              Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2017.
```
db             +Ralph F Walters,    301 Salem Avenue,    Bellmawr, NJ 08031-1657
516338921       BANK OF AMERICA, N.A.,    Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
516125158      +Borough of Bellmawr,    21 E Browning Rd,    Bellmawr, NJ 08031-2327
516125163     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Home Depot Credit Services,    PO Box 182676,    Columbus, OH  43218)
516158936       Citibank/Sears,    PO Box 6497,    Sioux Falls, SD 57117-6497
516125164      +Payment Remittance Center,    PO Box 6426,    Carol Stream, IL 60197-6426
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 19 2017 23:28:56     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 19 2017 23:28:53      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
lm             +EDI: WFFC.COM Jan 19 2017 23:13:00      Wells Fargo Bank, NA,    1 Home Campus,    X2303-01A,
                 Des Moines, IA 50328-0001
516125157       EDI: BANKAMER.COM Jan 19 2017 23:13:00      Bank Of AMerica,    PO Box 982235,
                 El Paso, TX  79998
516125159      +EDI: CAPITALONE.COM Jan 19 2017 23:13:00      CAP1/Best Buy,    Po Box 30253,
                 Salt Lake City, UT 84130-0253
516125160      +EDI: SEARS.COM Jan 19 2017 23:13:00      Citibank/Sears,    PO Box 6282,
                 Sioux Falls, SD 57117-6282
516125161      +EDI: CRFRSTNA.COM Jan 19 2017 23:13:00      Credit First/Firestone,    PO Box 81083,
                 Cleveland, OH 44181-0083
516125162      +EDI: RMSC.COM Jan 19 2017 23:13:00      GE Money Bank,    PO Box 965005,    Orlando, FL 32896-5005
516345917       EDI: PRA.COM Jan 19 2017 23:13:00      Portfolio Recovery Associates, LLC,
                 c/o Walmart Discover Card,    POB 41067,    Norfolk VA 23541
516125165      +EDI: WFFC.COM Jan 19 2017 23:13:00      Wells Fargo Bank,    PO Box 14517,
                 Des Moines, IA 50306-3517
516200147      +EDI: WFFC.COM Jan 19 2017 23:13:00      Wells Fargo Bank, N.A.,    Business Direct Division,
                 P.O. Box 29482,    Phoenix, AZ 85038-9482
516240263      +EDI: WFFC.COM Jan 19 2017 23:13:00      Wells Fargo Bank, N.A. Home Equity Group,
                 1 Home Campus  X2303-01A,    Des Moines, IA 50328-0001
516331341      +EDI: WFFC.COM Jan 19 2017 23:13:00      Wells Fargo Card Services,    1 Home Campus 3rd Floor,
                 Des Moines, IA 50328-0001
516125166      +EDI: WFFC.COM Jan 19 2017 23:13:00      Wells Fargo Home Mortgage,    PO Box 10335,
                 Des Moines, IA 50306-0335
                                                                                               TOTAL: 14
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2017                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2017 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
```

```
District/off: 0312-1          User: admin                Page 2 of 2                  Date Rcvd: Jan 19, 2017
                              Form ID: 148               Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Moshe  Rothenberg    on behalf of Debtor Ralph F Walters moshe@mosherothenberg.com, alyson@mosherothenberg.com
          Nicholas V. Rogers    on behalf of Creditor    Wells Fargo Bank, N.A nj.bkecf@fedphe.com
          William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. as successor by merger to Wachovia Bank, N.A. ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A ecf@powerskirn.com
                                                                                     TOTAL: 8